## Long's Estate (No. 2).

OPINION BY HEAD, J., April 17, 1911:

This is a companion appeal with that of Carrie Tyler Cash just disposed of in an opinion this day filed, ante, p. 476. The two appeals were argued together and but a single set of paper-books presented. The questions raised are identical, and we must therefore affirm the decree of the learned court below and dismiss this appeal for the reasons given in the opinion referred to.

Decree affirmed.